UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANISS Y. KAJY,

        Plaintiff,

                                        Case No. 12-12655

v.                                        Honorable David M. Lawson

FANNIE MAE, WELLS FARGO BANK, N.A., and
TROTT & TROTT, P.C.,

        Defendants.

_____/

## ORDER DISMISSING ORDER TO SHOW CAUSE

On June 29, 2012, the Court entered an order requiring the plaintiff to show cause why the complaint should not be dismissed with respect to defendant Trott & Trott, P.C., and requiring the defendants to show cause why the case should not be remanded for a lack of diversity jurisdiction.

On July 6, 2012, the defendants filed responses to the Court's order to show cause. In their responses, the defendants noted that the plaintiff's complaint contained a claim under the Fair Debt Collection Practices Act. 15 U.S.C. § 1692. Therefore, the Court has subject matter jurisdiction over the plaintiff's complaint based on the existence of a federal question. 28 U.S.C. § 1331. On the same date, the plaintiff filed a response to the order to show cause, arguing that the complaint presents colorable claims against defendant Trott & Trott, P.C.. The parties' arguments on this issue will be addressed along with the motion to dismiss filed by defendants Fannie Mae and Wells Fargo Bank, N.A. Because the parties have provided responses that assure the Court of its subject matter jurisdiction over this action, the order to show cause is satisfied.

Accordingly, it is **ORDERED** that the Court's order to show cause [dkt. #12] is **DISMISSED**.

                                                s/David M. Lawson
                                                DAVID M. LAWSON
                                                United States District Judge

Dated: July 27, 2012

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 27, 2012.

                                      s/Deborah R. Tofil
                                      DEBORAH R. TOFIL